UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ODESSA F. VINCENT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 11-2018 (RJL) |
| | ) |
| **TIMOTHY F. GEITHNER,** *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of August, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [Dkts. #7, #9] are **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge