UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ODESSA F. VINCENT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TIMOTHY F. GEITHNER,** *et al.* )<br>)<br>**Defendants.** ) | Civil Case No. 11-2018 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of August, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [Dkts. #7, #9] are **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge